**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAVARES WHITE,

        Plaintiff,

vs.                                     Case No. 3:14-cv-1235-J-34JRK

KENNETH RAPPAPORT,

        Defendant.
_____/

### REPORT AND RECOMMENDATION[1]

This cause is before the Court on the following matters: (1) Plaintiff's Affidavit of Indigency (Doc. No. 3) and Prisoner Consent Form and Financial Certificate (Doc. No. 2), both filed October 10, 2014, construed collectively as a motion for leave to proceed in forma pauperis ("Motion"); and (2) the April 2, 2015 Order to Show Cause (Doc. No. 6) entered by the undersigned. Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

Plaintiff initiated this action pro se on October 10, 2014 by filing a Complaint (Doc. No. 1) and the Motion. On February 18, 2015, the undersigned entered an Order (Doc. No. 5) taking under advisement the Motion; in the February 18, 2015 Order, it was observed that Plaintiff's Complaint fails to state a claim upon which relief may be granted. Id. at 3-5. The Order directed Plaintiff to file an Amended Complaint by March 27, 2015 to maintain this action, or alternatively, to pay the $400.00 filing fee by March 27, 2015. Id. at 7-8.

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida ("Local Rule(s)"), within fourteen (14) days after service of this document. Failure to file timely objections waives a party's right to de novo review. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Local Rule 6.02(a); see also Dupree v. Warden, 715 F.3d 1295, 1300 (11th Cir. 2013).

Plaintiff failed to act by March 27, 2015.  Consequently, on April 2, 2015, the undersigned entered an Order to Show Cause (Doc. No. 6) directing Plaintiff to show cause by April 22, 2015 why the undersigned should not recommend dismissal of this matter for failure to prosecute.  Plaintiff was also directed to comply with the February 18, 2015 Order by April 22, 2015.  Id. at 1.  Plaintiff was warned that failure to respond by April 22, 2015 would result in a recommendation of dismissal without further notice.  Id. at 2.

Because a later review of the file showed no record of the Clerk having mailed the April 2, 2015 Order to Show Cause to Plaintiff, the undersigned entered an Order on May 7, 2015 (Doc. No. 7) directing the Clerk to mail a copy of the April 2, 2015 Order to Show Cause to Plaintiff, along with the May 7, 2015 Order.  The undersigned also sua sponte extended the deadline for Plaintiff to comply with the Order to Show Cause to May 28, 2015.  Id. at 2.  Plaintiff was again warned that failure to comply with the Order to Show Cause (including filing a written show cause response and filing an amended complaint, or alternatively, paying the $400 filing fee) would "automatically result in the undersigned recommending dismissal without prejudice of this matter for failure to prosecute pursuant to Rule 3.10, Local Rules, Middle District of Florida."  Id.  The docket reflects that copies of the May 7, 2015 Order and the April 2, 2015 Order to Show Cause were mailed to Plaintiff on May 7, 2015.

As of this date, Plaintiff has not responded in any way to the Orders that have been entered in this matter.  Accordingly, it is

**RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

     2.     That the Clerk of Court be directed to terminate all pending motions and close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on June 9, 2015.

                                          */s/ James R. Klindt*
                                          JAMES R. KLINDT
                                          United States Magistrate Judge

kaw
Copies to:

Honorable Marcia Morales Howard
United States District Judge

Pro Se party